CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— The parties having stipulated in writing that this appeal may be decided by a court consisting of Mr. Justices Young, Scudder, Tompkins and Davis, the decision of the court is as follows: Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. DEVINE, Respondent, for a Peremptory Order of Mandamus against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant.— The parties having stipulated in writing that this appeal may be decided by a court consisting of Mr. Justices Young, Scudder, Tompkins and Davis, the decision of the court is as follows: Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH W. SEGRELL, Respondent, for a Peremptory Order of Mandamus against CHARLES W. BERRY, as Comptroller of the City of New York, Appellant. — The parties having stipulated in writing that this appeal may be decided by a court consisting of Mr. Justices Young, Scudder, Tompkins and Davis, the decision of the court is as follows: Peremptory mandamus order unanimously affirmed, with costs. No opinion. Present — Young, Scudder, Tompkins and Davis, JJ.

JAMES M. KENNY, Appellant, v. REGINA V. KENNY, Respondent.— Judgment reversed on the law and a new trial granted, without costs. We are of the opinion that plaintiff made out a *prima facie* case. (*Shonfeld* v. *Shonfeld*, 260 N. Y. 477.) Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ., concur.

HARVEY KNOPF, an Infant under the Age of Fourteen Years, by His Guardian ad Litem, PETER KNOPF, Respondent, v. CHARLES FLESCH, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

PETER KNOPF, Respondent, v. CHARLES FLESCH, Appellant.— Judgment of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

DONNA MACDONOUGH, Appellant, v. JAMES MACDONOUGH, Respondent.— Order denying plaintiff's motion for alimony, counsel fee and other relief affirmed, without costs. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ., concur.

MICHAEL MACHROVICZ, Respondent, v. BRONX ROAD ASSOCIATES, INC., and Others, Defendants, Impleaded with LOUIS MASCIA, Appellant.*— Judgment affirmed, with costs. No opinion. Young, Hagarty, Tompkins and Davis, JJ. concur; Lazansky, P. J., dissents upon the ground that it was error to exclude the testimony offered at folio 489. Reliance upon the advices of the mason subcontractor is an element which a jury might properly consider in determining if defendant, appellant, was negligent in respect of one of the claims of negligence.

SARAH MALTZMAN, Appellant, v. IDA HARRIS and ROSIE POLLACK, Respondents. — Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

ELIZABETH M. NESBITT, Appellant, v. FANNIE EDELSTEIN, Respondent.— Order granting defendant's motion to set aside verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ.

*Affd., 264 N. Y. 630.